NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL THEODORE MCDONALD,                )
                                          )
        Appellant,                        )
                                          )
v.                                        )        Case No. 2D16-5177
                                          )
STATE OF FLORIDA,                         )
                                          )
        Appellee.                         )
                                          )
_____   )

Opinion filed November 21, 2018.

Appeal from the Circuit Court for Lee
County; J. Frank Porter, Judge.

Howard L. Dimmig, II, Public Defender,
and Matthew J. Salvia, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Michael Schaub,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

        Affirmed.

KELLY, SLEET, and SALARIO, JJ., Concur.